

**William Cusack**
212.915.5824 (direct)
William.Cusack@wilsonelser.com

September 25, 2018

United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Attn:   The Honorable Andrew L. Carter, Jr.
        United States District Judge

Re:     Richard Maldonado et al. v. Boston Road Equipment Rentals, Inc et al.
        Docket No.: 18-cv-07111 (ALC)(BCM)
        Our File No.: 21341.00001

Dear Judge Carter:

We were retained to represent defendants Boston Road Equipment Rentals, Inc., and Lawrence Gritz in connection with the referenced matter. We write to respectfully request an extension of time in which to respond to plaintiffs' Complaint from September 27, 2018, to October 4, 2018. The reason for this request is to provide our firm with sufficient time to meet with our clients and examine relevant documents in order to formulate a proper response to the Complaint. This is defendants' first request for such an extension and plaintiffs consent to the request. The requested extension will not affect any scheduled dates.

Thank your for your courtesies in this matter. Please let me know if you have any questions.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

William Cusack

cc:     Counsel of Record

9086693v.1