USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 2|4|2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

RICHARD MALDONADO *and* RONNIE
MALDONADO, *on behalf of themselves
and others similarly situated*,

                                      **Plaintiffs,**

        -against-

BOSTON ROAD EQUIPMENT
RENTALS, INC., *and* LAWRENCE
GRITZ.,

-----------------------------------------------------------------X

           **18-cv-7111 (ALC)**

           **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

        The Court has reviewed the settlement agreement, as well as the accompanying fairness motion, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). ECF No. 11. The Court finds it to be fair and reasonable, and approves the settlement. Accordingly, this matter is hereby dismissed and discontinued with prejudice. The Court reserves authority to retain jurisdiction to enforce the terms of the Agreement for a period of no longer than sixty days following dismissal.

**SO ORDERED.**

Dated:  February 4, 2019
       New York, New York

                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**